| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 <br> Federal Defender |
| 2 | DOUG BEEVERS <br> Staff Attorney |
| 3 | 2300 Tulare Street, Suite 330 <br> Fresno, California 93721 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorneys for Defendant |

**FILED**

MAR - 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   NO: 1:08-mj-00007-DLB
                                 )
            Plaintiff,           )   WAIVER OF DEFENDANT'S PERSONAL
                                 )   PRESENCE; [PROPOSED] ORDER THEREON
      v.                         )
                                 )
ROBERT L. SCOTT, JR.,            )
                                 )   Date: 3/6/08
            Defendant.           )   Time: 10:00 a.m.
                                 )   Judge: Hon. William M. Wunderlich
_____)

Pursuant to F.R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his/her right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motions hearings, change of plea, trial, and/or sentencing.

Defendant hereby requests that this Court proceed in his/her absence on every occasion that the Court may permit, pursuant to this waiver. He/she agrees that his/her interests shall be represented at all

///
///
///
///
///
///

times by the presence of his/her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present.

DATED: 1-22-08

*Robert Scott J.R.*
ROBERT SCOTT, JR.
Defendant

*/s/ Douglas Beevers/*
DOUGLAS BEEVERS
Staff Attorney
Attorney for Defendant

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived until further order.

DATED: 3/6/08

GARY S. Austin   ~~WILLIAM M. WUNDERLICH,~~ Magistrate Judge
Eastern District of California

Waiver of Defendant's Personal Presence
[Proposed] Order Thereon

2