```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare St., Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  Case No. 1:08-mj-00007
                                 )
11              Plaintiff,       )  STIPULATION TO CONTINUE DATE
        v.                       )  FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S
12                               )  MOTION AND HEARING ON DEFENDANT'S
                                 )  MOTION
13                               )
                                 )  DATE:  June 26, 2008
14  ROBERT L. SCOTT, JR.,        )  TIME:  10:00 a.m.
                                 )  PLACE: Courtroom 10
15              Defendant.       )  Honorable Gary S. Austin
                                 )
16
```

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that:

1.   The plaintiff's response to the defendant's motion presently scheduled for May 30, 2008 be continued to June 19, 2008;

2.   The motions hearing presently scheduled for June 5, 2008, be continued to June 26, 2008 at 10:00 a.m..

Dated: June 3, 2008             McGregor W. Scott
                                United States Attorney

                                 /s/ Mark J. McKeon
                                 By: MARK J. McKEON
                                 Assistant U.S. Attorney

Dated: June 3, 2008              /s/ Doug Beevers
                                 DOUG BEEVERS
                                 Attorney for Defendant
                                 ROBERT L. SCOTT, JR.

1

**ORDER**

IT IS SO ORDERED.

Dated: **June 4, 2008**          /s/ **Gary S. Austin**
                       UNITED STATES MAGISTRATE JUDGE